IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Russell Leon David, Sr., #240689, ) | Civil Action No.: 9:12-cv-03592-RBH |
| ) | |
| Petitioner, ) | |
| ) | |
| v.      ) | **ORDER** |
| ) | |
| Warden McCall, ) | |
| ) | |
| Respondent. ) | |
| ) | |

  Petitioner Russell Leon David, Sr., a state prisoner proceeding pro se, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter is before the Court for review of the Report and Recommendation of United States Magistrate Judge Bristow Marchant, made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02(B)(2) for the District of South Carolina. The Magistrate Judge recommends that the Court dismiss Petitioner's habeas petition without prejudice and without requiring Respondent to file a return due to Petitioner's failure to exhaust his state post-conviction remedies.[1]

  The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this Court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The Court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

---

[1] "If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner." Rs. Governing § 2254 Cases in the U.S. Dist. Cts. 4.

Neither party has filed objections to the Report and Recommendation.[2] In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983). The Court reviews only for clear error in the absence of an objection. See <u>Diamond v. Colonial Life & Accident Ins. Co.</u>, 416 F.3d 310 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct <u>de novo</u> review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation' ") (quoting Fed. R. Civ. P. 72 advisory committee's note). After a thorough review of the record in this case, the Court finds no clear error. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference.

Furthermore, a certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the court's assessment of the constitutional claims is debatable or wrong. <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000); see <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate <u>both</u> that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. <u>Slack</u>, 529 U.S. at 484-85. In the instant matter, the Court concludes that Petitioner has failed to make the requisite showing of "the denial of a constitutional right."

**THEREFORE IT IS ORDERED** that Petitioner's habeas petition is **DISMISSED** <u>without prejudice</u>.

---

[2] Instead, Petitioner filed a letter indicating that he was "satisfied" with the Report and Recommendation. ECF No. 16.

3

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** because the Petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

                                                        s/ R. Bryan Harwell  
                                                        R. Bryan Harwell  
                                                        United States District Judge

Florence, South Carolina  
March 4, 2013